# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

ELIU DeLEON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3817

————————————————

March 27, 2024

Appeal from the County Court for Hillsborough County; Monique M. Scott, Judge.

Howard L. Dimmig, II, Public Defender, and Stephania A. Valantasis, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.